THIRTY-FOURTH JUDICIAL DISTRICT COURT

FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 21-0358

DIVISION: 

DONALD SINO

V.

DG LOUISIANA, LLC & MEGAN DEFFES

FILED: MAR 15 2021

*Randy S. Nunez*
DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Donald Sino is a person of full age of majority and a resident of this Parish of St. Bernard and State of Louisiana at the time of this accident, respectfully represents, that:

1.

Defendants:

a. DG Louisiana, LLC, is a foreign Limited Liability Company authorize to sue and be sued within the Parish and State of Louisiana; and all material time employed Megan Deffes at store located at 4201 E. Judge Perez Drive, Meraux, LA 70075 on April 12, 2020.

b. Megan Deffes, a person of the full age of majority and domiciliary in the Parish of St. Bernard, State of Louisiana; and at all time material was employed by DG Louisiana, LLC on April 12, 2020.

2.

The defendants, DG Louisiana, LLC and Megan Deffes are jointly, solidiary and/or in solido liable and responsible to petitioner for herein described and enumerated damages for the following reasons.

3.

On or about April 12, 2020, Mr. Sino was a guest invitee at DG Louisiana, LLC, store located at 4201 East Judge Perez Drive, Meraux, Louisiana 70075. While in search for item within the store, Mr. Sino was walking in the store, he slipped on liquid on the

**EXHIBIT A**

floor. Mr. Sino was not aware of any warnings or signs of the unsuspected danger. This accident was the proximate cause of his injuries.

4.

As a direct result of the above-described accident, Donald Sino sustained severe bodily injuries. Additionally, Mr. Sino's injuries necessitated the need for treatment and surgery. Mr. Sino itemized his damages as follows:

a. Loss of Consortium;

b. Loss of Past Wages;

c. Loss of future Earning Capacity;

d. Permanent Disability and Disfigurement;

E. Past Medical Expense;

f. Future Medical Expense;

g. Mental Anguish, Past, Present and Future;

h. Inconvenience and Loss of Gratification; and

i. Loss of lifestyle and physical enjoyment.

5.

Petitioner shows that the sole legal cause of the accident described above and all resulting damages were the fault and negligence of DG Louisiana, LLC and Megan Deffes in following non-specific particulars, to-wit:

DG Louisiana, LLC and Megan Deffes

a. Failing to see a condition that presented an unreasonable risk of harm and that the risk was reasonably foreseeable;

b. Failing to exercise reasonable care;

c. Failing to know or see negligence the merchant either created or had actual or constructive notice of the condition which caused the damage prior to the occurrence; and

d. In any and all other acts and/or omissions of negligence that may be brought out at trial of the merits hereof.

6.

At all pertinent times herein, DG Louisiana, LLC was self-insured.

7.

Plaintiff is informed, believe, and therefore allege that at all times material hereto, **Megan Deffes** was in the course and scope of their employment with Defendant, **DG Louisiana, LLC** causing **DG Louisiana, LLC** to be responsible for any and all negligence and fault of **Megen Deffes** in connection with the above-described incident. Plaintiff therefore specifically plead the doctrine of *respondeat superior* under LA C.C. art 2320.

8.

Petitioner made amicable demand to no avail.

WHEREFORE, petitioner, Donald Sino prays that a copy of this petition be served on all defendants herein, and that after due proceedings there be a judgment in the petitioner favor and against the defendants, DG Louisiana, LLC and Megan Deffes, ordering said defendants to pay unto petitioner the true and total sum of all damages, more particularly and none exclusively hereinafter enumerated damages, together with all reasonable attorney's fees to be fixed by this Honorable Court, cost, and all legal interest.

**FURTHER,** petitioner prays for all general and equitable relief.

Respectfully submitted,

*/s/ Larry M. Aisola*

Larry M. Aisola Jr., Esq. (27934)
Attorney for Petitioner
208 W. Judge Perez Drive
Chalmette, Louisiana 70043
Telephone: (504) 913-6182
Telecopier: (504) 682-6668
LawLMAJ@aol.com

PLEASE SERVE:
DG Louisiana, LLC
Through Registered Agent
CORPORATION SERVICE COMPANY
501 Louisiana Avenue
BATON ROUGE, LA 70802

Megan Deffes
4516 Genie Street
Meraux, LA 70075

THIRTY-FOURTH JUDICIAL DISTRICT COURT

FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 21-0358

DIVISION: B



DONALD SINO

V.

DG LOUISIANA, LLC & MEGAN DEFFES

FILED: MAR 15 2021

/s/ Hailey Hiers
DEPUTY CLERK

REQUEST FOR WRITTEN NOTICE

In accordance with the provisions of Articles 1571 and 172 of the Louisiana Code of Civil Procedure, you are hereby requested to send us, as counsel for Petitioners, written notice, by mail, at least ten (10) days in advance of any date fixed for any assignment of fixing of said case.

Additionally, in accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for notice is made with full reservation of all rights and we thank you for your customary courtesy and cooperation.

This request for notice is made with full reservation of all rights and we thank you for your customary courtesy and cooperation.

Respectfully submitted:

Larry M. Aisola, Jr. (LSBA No. 27934)
208 W. Judge Perez Drive
Chalmette, Louisiana 70043
Telephone: (504) 913-6182
Telecopier: (504) 682-6668
LawLMAJ@aol.com