# LARRY M. AISOLA, JR., L.L.C.

*Attorney & Counselor at Law*
*Notary Public*
208 W. Judge Perez Drive
Chalmette, Louisiana 70043
Telephone: (504) 913-6182
Telecopier: (504) 682-6668
LawLMAJ@aol.com

February 21, 2021

MMilike@dollargeneral.com
Millette E. Milliken, M.A., SCLA
Dollar General Corp.
P.O. Box 1728
Goodlettsville, TN 37070

  RE: Client:  Donald Sino
     D.O.A.:  April 12, 2020
     Claim#:  202004863

Dear Ms. Milliken:

  I submit this letter only for purposes of settlement negotiations, not for any admission against interest, and not for any purpose to be used at trial. We take this means to provide you with our evaluation of the claim for damages sustained by our above-referenced client, Donald Sino. Having considered the facts and applicable law, we are prepared to recommend to our client that he resolve his pending litigation against your client for the sum of $200,000.00. Our recommendation is premised upon the following:

### Factual History

  On April 12, 2020, Donald Sino was a guest/invitee at your store located at 4201 East Judge Perez Drive, Meraux, Louisiana 70075. Mr. Sino entered the store and without warning he slip and fall in a puddle of water after shopping shortly prior to arrival. This accident was the proximate cause of my client's injuries and damages.

### Acadian Ambulance of New Orleans

  On April 12, 2020, and as a result of the accident, Mr. Sino was transported to the St. Bernard Parish Hospital Emergency Department.

### SBPH Emergency Department

  As a result of the accident, Mr. Sino treated with St. Bernard Parish Hospital Emergency Department. Mr. Sino was treated by Kassie Gill, FNP.

**EXHIBIT B**

## Shoemaker Chiropractic

As a result of the accident, Mr. Sino treated with Shoemaker Chiropractic for about seven months. Mr. Sino was treated by Dr. James L. Shoemaker DC, CCSP.

## Diagnostic Imaging Service

As a result of the accident, Mr. Sino had MRI done by Diagnostic Imaging Service on August 26, 2020. Louis Schruff, M.D. noted the followings concerning MRI left Knee without contrast:

IMPRESSION:

1. Lateral meniscus tear (horizontal cleavage tear posterior horn, body, anterior horn).
2. Localized moderately severe chondromalacia and minor reactive marrow edema of the anterolateral aspect of the lateral femoral condyle. The remainder of the articular cartilage is fairly well preserved.
3. Medial meniscus tear (small horizontal tears posterior horne).
4. Small joint fluid collection.

## Bone & Joint Clinic

As a result of the accident, Mr. Sino had to see Dr. Daniel Gallagher because of the instamatic damages to his knee. Dr. Gallagher provided Mr. Sino with an injection in his knee. Mr. Sino was directed to acquire injections as needed by Dr. Gallagher's office.

## Summary of Special Damages

As set forth in the foregoing, the recoverable damages of Mr. Sino are itemized as follows:

Medical Bills:

| | |
|---|---|
| Acadian Ambulance of New Orleans, LLC | |
|     Ground Mileage:#200415E1792501 | $ 1,583.40 |
|     BLS-Emergency:# 200415E1792501 | $ 1,457.00 |
| SBPH Emergency Department: | |
|     Emergency Department visit:#200417E0776801 | $ 1,517.00 |
|     Emergency Department visit: #200416E8441300 | $ 945.00 |
| Guardian Care, LLC | |
|     X-Ray exam of Knee #: 200417E17200 | $ 39.00 |
| Ochsner Clinic, LLC | |
|     Office/Outpatient visit:#200420E6498200 | $ 256.00 |
|     Non-Invasive vascular study:#200420E9000300 | $ 76.00 |
|     X-Ray exam of Knee:# 200507E8055600 | $ 23.00 |

| | |
|---|---|
| Ochsner Medical Center | |
|     X-Ray Exam of Knee:#200513E6931300 | $ 195.00 |
| Ochsner Health Center-Michoud | |
|     Office/outpatient visit:# 200513E5813701 | $ 358.00 |
| Shoemaker Chiropractic: | $ 5,484.00 |
| Diagnostic Imaging Service: | $ 575.00 |
| Bone & Joint Clinic: | $ 684.00 |
| | |
| TOTAL: | $ 13,192.40 |

### Summary of General Damages

Louisiana law provides for offenses and quasi offenses pursuant to La. C. C. art. 2315 A: Every act whatever of man that cause damages to another obliges him by whose fault it happened to repair it. **Vosburg v. City of New Roads** (La. App. 2020). The Court awarded plaintiff $300,000.00 in general damages for same or similar injuries as our plaintiff.

**TOTAL:**                                                                      **$300,000.00**

So as to move this matter toward an expedited resolution, we are willing to recommend to our client that she settle this matter for the sum total of $200,000.00. After you have had an opportunity to consider this proposal with your client, we welcome the opportunity to review this matter.

With kind regards, I remain

Sincerely yours,


/s/ Larry M. Aisola, Jr.
Larry M. Aisola, Jr., Esq.

LMAJ/
Enclosures
cc:   Donald Sino