# LARRY M. AISOLA, JR., L.L.C.

*Attorney & Counselor at Law*
*Notary Public*
208 W. Judge Perez Drive
Chalmette, Louisiana 70043
Telephone: (504) 913-6182
Telecopier: (504) 682-6668
LawLMAJ@aol.com

March 7, 2021

LWhite@dollargeneral.com
Lisa White
Claims Manager
Dollar General Corp.
P.O. Box 1728
Goodlettsville, TN 37070

    RE:    Client:    Donald Sino
            D.O.A.:   April 12, 2020
            Claim#:   202004863

Dear Ms. White:

    A settlement proposal was sent out on February 21, 2021 to outline my client damages pertaining to the above reference matter. As of yet, you have not made a counter offer. After a thorough review of my client's file and several quantum studies, it has been determined that the initial settlement offer of $200,000.00 is reasonable based upon the facts of this accident.

    My client has instructed me to offer you the sum $175,000.00. Louisiana law provides for offenses and quasi offenses pursuant to La. C. C. art. 2315 A: Every act whatever of man that cause damages to another obliges him by whose fault it happened to repair it. **Vosburg v. City of New Roads** (La. App. 2020). The Court awarded plaintiff $300,000.00 in general damages for same or similar injuries as our plaintiff. Please note that if we do not hear from you by Friday, March 12, 2021, a petition will be filed. We look forward to settling the claim without litigation.

    With kind regards, I remain

                                        Sincerely yours,

                                        /s/ Larry M. Aisola, Jr.
                                        Larry M. Aisola, Jr., Esq.

LMAJ/kba
cc:    Donald Sino
Enclosures

**EXHIBIT C**